PLAINTIFF/PETITIONER/MOVANT'S NAME
RAMON DE LEON TORRES

PRISON NUMBER
#92823-198

PLACE OF CONFINEMENT
U.S.Penintentiary(victorville)

ADDRESS
P.O.Box 5500
Adelanto, CA 92301

FILED

2007 DEC -4  PM 2:29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

| | |
|---|---|
| RAMON DE LEON-TORRES,<br><br>Plaintiff/Petitioner/Movant<br><br>v.<br><br>J.L.NORWOOD,<br><br>Defendant/Respondent | Civil No. 07cv2181-W(RBB)<br>(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)<br><br>**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS** |

I, _____, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?           ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                        ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes [X] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   ABOUT OCT/26/07    ORDERLY IN THE INSTITUTION

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes [X] No
   b. Rent payments, royalties interest or dividends   ☐ Yes [X] No
   c. Pensions, annuities or life insurance            ☐ Yes [X] No
   d. Disability or workers compensation               ☐ Yes [X] No
   e. Social Security, disability or other welfare     ☐ Yes [X] No
   e. Gifts or inheritances                            ☐ Yes [X] No
   f. Spousal or child support                         ☐ Yes [X] No
   g. Any other sources                                ☐ Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)?   ☐ Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes [X] No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle?   ☐ Yes [X] No
   a. Make:              Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  [X] No
   If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    MY INSTITUTION JOB, IS ALL MY INCOME MONEY.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE  Nov-28-07                           _Ramon de Luna Torres_
                                          SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Ramon de Leon Torres__,
(NAME OF INMATE)

__#92823-198__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.37__ on account to his/her credit at __USP Victorville__

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __34.84__,

and the *average 6 month deposits* to the applicant's account was $ __932.49__.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

__11/28/07__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Tomney__
OFFICER'S FULL NAME (PRINTED)

__Counselor__
OFFICER'S TITLE/RANK

### TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, _Ramon De Leon Torres #92823-198_ request and authorize the agency holding me in
   (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE _Nov-28-07_                    _[signature]_
                                    SIGNATURE OF PRISONER

# Inmate Statement

| Inmate Reg #: | 92823198 | Current Institution: | Victorville FCI |
|---|---|---|---|
| Inmate Name: | DELEON-TORRES, RAMON | Housing Unit: | VIP-A-A |
| Report Date: | 11/28/2007 | Living Quarters: | A52-203L |
| Report Time: | 10:07:00 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 11/5/2007 2:26:40 PM | 8 | | | Sales | $0.00 | | $0.37 |
| VIM | 10/30/2007 1:24:26 PM | 12 | | | Sales | ($9.80) | | $0.37 |
| VIM | 10/10/2007 8:29:01 AM | IS002001 | | | FRP Single Pymt | ($2.45) | | $10.17 |
| VIM | 10/10/2007 8:23:29 AM | HIPP0907 | | | Payroll - IPP | $11.76 | | $12.62 |
| VIM | 9/22/2007 11:11:59 AM | TFN0922 | | | Phone Withdrawal | ($1.00) | | $0.86 |
| VIM | 9/20/2007 7:14:25 PM | 43 | | | Sales | ($85.28) | | $1.86 |
| VIM | 9/20/2007 7:04:00 PM | 33325407 | | | Western Union | $50.00 | | $87.14 |
| VIM | 9/20/2007 6:08:33 PM | TFN0920 | | | Phone Withdrawal | ($2.00) | | $37.14 |
| VIM | 9/20/2007 12:58:59 PM | TL0920 | | | TRUL Withdrawal | ($2.00) | | $39.14 |
| VIM | 9/19/2007 2:32:58 PM | | | 3265 | Gift | ($30.00) | | $41.14 |
| VIM | 9/18/2007 11:09:12 AM | TFN0918 | | | Phone Withdrawal | ($10.00) | | $71.14 |
| VIM | 9/18/2007 8:50:44 AM | TFN0918 | | | Phone Withdrawal | ($1.00) | | $81.14 |
| VIM | 9/17/2007 2:28:22 PM | TFN0917 | | | Phone Withdrawal | ($6.00) | | $82.14 |
| VIM | 9/17/2007 7:08:32 AM | TFN0917 | | | Phone Withdrawal | ($7.00) | | $88.14 |
| VIM | 9/16/2007 1:52:01 PM | TFN0916 | | | Phone Withdrawal | ($3.00) | | $95.14 |
| VIM | 9/16/2007 11:19:18 AM | TFN0916 | | | Phone Withdrawal | ($2.00) | | $98.14 |
| VIM | 9/15/2007 9:39:05 AM | TFN0915 | | | Phone Withdrawal | ($1.00) | | $100.14 |
| VIM | 9/14/2007 3:04:50 PM | 33325007 | | | Western Union | $40.00 | | $101.14 |
| VIM | 9/14/2007 12:14:32 PM | TL0914 | | | TRUL Withdrawal | ($2.00) | | $61.14 |
| VIM | 9/13/2007 6:33:03 PM | 44 | | | Sales | ($64.45) | | $63.14 |
| VIM | 9/13/2007 12:04:20 PM | 33324907 | | | Western Union | $80.00 | | $127.59 |
| VIM | 9/12/2007 4:54:03 PM | TFN0912 | | | Phone Withdrawal | ($1.00) | | $47.59 |
| VIM | 9/11/2007 6:54:19 PM | TFN0911 | | | Phone Withdrawal | ($1.00) | | $48.59 |
| VIM | 9/10/2007 10:41:36 AM | IS002138 | | | FRP Monthly Pymt | ($25.00) | | $49.59 |
| VIM | 9/10/2007 10:40:03 AM | GIPP0807 | | | Payroll - IPP | $19.32 | | $74.59 |
| VIM | 9/9/2007 11:27:36 AM | TFN0909 | | | Phone Withdrawal | ($1.00) | | $55.27 |
| VIM | 9/8/2007 4:05:04 PM | 33324507 | | | Western Union | $50.00 | | $56.27 |
| VIM | 9/8/2007 1:13:13 PM | TFN0908 | | | Phone Withdrawal | ($1.00) | | $6.27 |
| VIM | 9/8/2007 12:09:34 PM | TFN0908 | | | Phone Withdrawal | ($1.00) | | $7.27 |
| VIM | 9/6/2007 6:14:14 PM | 37 | | | Sales | ($6.30) | | $8.27 |
| VIM | 9/6/2007 11:36:37 AM | TFN0906 | | | Phone Withdrawal | ($1.00) | | $14.57 |
| VIM | 9/3/2007 5:50:37 PM | TFN0903 | | | Phone Withdrawal | ($3.00) | | $15.57 |
| VIM | 9/3/2007 5:16:40 PM | TFN0903 | | | Phone Withdrawal | ($1.00) | | $18.57 |

| Alpha | Date | Reference | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| VIM | 9/2/2007 1:29:10 PM | TFN0902 | | Phone Withdrawal | ($1.00) | $19.57 |
| VIM | 9/1/2007 2:42:31 PM | TFN0901 | | Phone Withdrawal | ($2.00) | $20.57 |
| VIM | 8/30/2007 7:09:04 PM | TL0830 | | TRUL Withdrawal | ($5.00) | $22.57 |
| VIM | 8/30/2007 6:15:54 PM | TFN0830 | | Phone Withdrawal | ($3.00) | $27.57 |
| VIM | 8/30/2007 5:51:02 PM | 20 | | Sales | ($59.35) | $30.57 |
| VIM | 8/30/2007 2:25:56 PM | TFN0830 | | Phone Withdrawal | ($1.00) | $89.92 |
| VIM | 8/30/2007 2:03:54 PM | 33323907 | | Western Union | $90.00 | $90.92 |
| VIM | 8/16/2007 6:27:42 PM | 35 | | Sales | ($37.30) | $0.92 |
| VIM | 8/16/2007 5:15:24 PM | TFN0816 | | Phone Withdrawal | ($1.00) | $38.22 |
| VIM | 8/16/2007 2:37:52 PM | TFN0816 | | Phone Withdrawal | ($1.00) | $39.22 |
| VIM | 8/14/2007 8:41:09 PM | TFN0814 | | Phone Withdrawal | ($5.00) | $40.22 |
| VIM | 8/14/2007 6:03:06 PM | TFN0814 | | Phone Withdrawal | ($1.00) | $45.22 |
| VIM | 8/13/2007 6:01:35 PM | TL0813 | | TRUL Withdrawal | ($2.00) | $46.22 |
| VIM | 8/13/2007 5:16:21 PM | TFN0813 | | Phone Withdrawal | ($1.00) | $48.22 |
| VIM | 8/12/2007 11:30:40 AM | TFN0812 | | Phone Withdrawal | ($1.00) | $49.22 |
| VIM | 8/11/2007 1:23:46 PM | TFN0811 | | Phone Withdrawal | ($7.00) | $50.22 |
| VIM | 8/11/2007 12:47:21 PM | TFN0811 | | Phone Withdrawal | ($2.00) | $57.22 |

1 2 3

**Total Transactions: 136**

Totals:   ($6.57)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |
| Totals: | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $930.77 | $932.48 | $34.84 | $10.17 | $0.37 | N/A | N/A |

# Inmate Statement

| Inmate Reg #: | 92823198 | Current Institution: | Victorville FCI |
|---|---|---|---|
| Inmate Name: | DELEON-TORRES, RAMON | Housing Unit: | VIP-A-A |
| Report Date: | 11/28/2007 | Living Quarters: | A52-203L |
| Report Time: | 10:07:42 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | 8/10/2007 9:14:39 AM | IS002129 | | | FRP Monthly Pymt | ($25.00) | | $59.22 |
| VIM | 8/10/2007 9:12:28 AM | GIPP0707 | | | Payroll - IPP | $15.96 | | $84.22 |
| VIM | 8/7/2007 7:14:32 PM | 87 | | | Sales | ($159.60) | | $68.26 |
| VIM | 8/5/2007 12:06:42 PM | TFN0805 | | | Phone Withdrawal | ($1.00) | | $227.86 |
| VIM | 8/4/2007 3:30:26 PM | TFN0804 | | | Phone Withdrawal | ($2.00) | | $228.86 |
| VIM | 8/4/2007 12:34:18 PM | TFN0804 | | | Phone Withdrawal | ($2.00) | | $230.86 |
| VIM | 8/3/2007 6:16:06 PM | TFN0803 | | | Phone Withdrawal | ($2.00) | | $232.86 |
| VIM | 8/3/2007 1:32:09 PM | TL0803 | | | TRUL Withdrawal | ($2.00) | | $234.86 |
| VIM | 8/3/2007 7:21:32 AM | 30 | | | Sales | $0.00 | | $236.86 |
| VIM | 8/2/2007 12:05:40 PM | 33321907 | | | Western Union | $150.00 | | $236.86 |
| VIM | 8/1/2007 7:44:57 AM | TFN0801 | | | Phone Withdrawal | ($2.00) | | $86.86 |
| VIM | 7/31/2007 5:32:51 PM | 85 | | | Sales | ($55.00) | | $88.86 |
| VIM | 7/30/2007 6:30:48 PM | TL0730 | | | TRUL Withdrawal | ($2.00) | | $143.86 |
| VIM | 7/28/2007 1:12:14 PM | TL0728 | | | TRUL Withdrawal | ($2.00) | | $145.86 |
| VIM | 7/22/2007 8:14:42 PM | TFN0722 | | | Phone Withdrawal | ($1.00) | | $147.86 |
| VIM | 7/22/2007 6:07:34 PM | TFN0722 | | | Phone Withdrawal | ($2.00) | | $148.86 |
| VIM | 7/20/2007 7:35:39 PM | TFN0720 | | | Phone Withdrawal | ($1.00) | | $150.86 |
| VIM | 7/19/2007 7:25:02 PM | 63 | | | Sales | ($32.40) | | $151.86 |
| VIM | 7/19/2007 5:04:45 AM | 33320907 | | | Western Union | $100.00 | | $184.26 |
| VIM | 7/18/2007 2:03:07 PM | TL0718 | | | TRUL Withdrawal | ($2.00) | | $84.26 |
| VIM | 7/17/2007 5:30:51 PM | TFN0717 | | | Phone Withdrawal | ($1.00) | | $86.26 |
| VIM | 7/16/2007 5:35:27 PM | TFN0716 | | | Phone Withdrawal | ($2.00) | | $87.26 |
| VIM | 7/16/2007 5:29:39 PM | TFN0716 | | | Phone Withdrawal | ($1.00) | | $89.26 |
| VIM | 7/14/2007 12:02:31 PM | TFN0714 | | | Phone Withdrawal | ($1.00) | | $90.26 |
| VIM | 7/12/2007 7:01:55 AM | TFN0712 | | | Phone Withdrawal | ($1.00) | | $91.26 |
| VIM | 7/9/2007 10:55:23 AM | TFN0709 | | | Phone Withdrawal | ($10.00) | | $92.26 |
| VIM | 7/9/2007 10:45:32 AM | GIPP0607 | | | Payroll - IPP | $5.25 | | $102.26 |
| VIM | 7/8/2007 7:59:28 PM | TFN0708 | | | Phone Withdrawal | ($2.00) | | $97.01 |
| VIM | 7/8/2007 5:24:31 PM | TFN0708 | | | Phone Withdrawal | ($1.00) | | $99.01 |
| VIM | 7/8/2007 5:08:40 AM | 70186702 | | | Lockbox - CD | $100.00 | | $100.01 |
| VIM | 7/4/2007 8:10:18 PM | TFN0704 | | | Phone Withdrawal | ($20.00) | | $0.01 |
| VIM | 7/2/2007 11:59:43 AM | TL0702 | | | TRUL Withdrawal | ($2.00) | | $20.01 |
| VIM | 7/2/2007 8:51:13 AM | GICP0707 | | | Inmate Co-pay | ($2.00) | | $22.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| VIM | 6/29/2007 9:58:11 AM | TL0629 | | TRUL Withdrawal | ($2.00) | $24.01 |
| VIM | 6/20/2007 5:59:13 PM | 24 | | Sales | ($24.55) | $26.01 |
| VIM | 6/19/2007 3:30:15 PM | TFN0619 | | Phone Withdrawal | ($48.00) | $50.56 |
| VIM | 6/19/2007 1:53:56 PM | TL0619 | | TRUL Withdrawal | ($2.00) | $98.56 |
| VIM | 6/18/2007 11:04:25 AM | 33318607 | | Western Union | $100.00 | $100.56 |
| VIM | 6/16/2007 8:56:42 PM | TFN0616 | | Phone Withdrawal | ($20.00) | $0.56 |
| VIM | 6/13/2007 7:08:49 PM | TFN0613 | | Phone Withdrawal | ($85.00) | $20.56 |
| VIM | 6/13/2007 5:27:32 PM | 33318307 | | Western Union | $100.00 | $105.56 |
| VIM | 6/13/2007 3:32:36 PM | TFN0613 | | Phone Withdrawal | ($2.00) | $5.56 |
| VIM | 6/10/2007 5:29:30 PM | TFN0610 | | Phone Withdrawal | ($3.00) | $7.56 |
| VIM | 6/9/2007 3:10:27 PM | TFN0609 | | Phone Withdrawal | ($5.00) | $10.56 |
| VIM | 6/9/2007 12:49:50 PM | TFN0609 | | Phone Withdrawal | ($3.00) | $15.56 |
| VIM | 6/8/2007 12:33:33 PM | IS002098 | | FRP Quarterly Pymt | $0.00 | $18.56 |
| VIM | 6/8/2007 9:53:07 AM | GIPP0507 | | Payroll - IPP | $18.48 | $18.56 |
| VIM | 5/28/2007 1:01:53 PM | TFN0528 | | Phone Withdrawal | ($1.00) | $0.08 |
| VIM | 5/28/2007 12:25:11 PM | TFN0528 | | Phone Withdrawal | ($1.00) | $1.08 |
| VIM | 5/26/2007 2:27:25 PM | TFN0526 | | Phone Withdrawal | ($8.00) | $2.08 |

1 2 3

Total Transactions: 136

Totals:  ($6.57)  $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| VIM | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |
| Totals: | $0.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.37 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

```
                                           FILED
                                      2007 NOV 19  PM 5:03
                                    CLERK US DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA

                                  BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DE LEON-TORRES,<br><br>                    Petitioner,<br><br>      v.<br><br>J. L. NORWOOD,<br><br>                    Respondent. | Civil No.   07cv2181-W (RBB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a federal prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than January 22, 2008**, a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court shall send a blank Southern District of California In Forma Pauperis Application to Petitioner along with a copy of this Order.

**IT IS SO ORDERED.**

DATED: 11/19/07

                                                            Thomas J. Whelan
                                                           United States District Judge

CC:   ALL PARTIES