# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

[Handwritten: Judge Burns added 12/6/07 [Doc. No. 4]]

[Stamp: 08 JAN 14 PM 12:59 CLERK, U.S. DISTRICT SOUTHERN DISTRICT OF CALIFORNIA]

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE ~~Judge Thomas J Whelan~~

FROM: J. Hinkle, Deputy Clerk        RECEIVED DATE: 12/13/07

CASE NO.: 07cv2181-W(RBB)   DOCUMENT FILED BY: Petitioner, Ramon Deleon-Torres

CASE TITLE: Deleon-Torres v Norwood

DOCUMENT ENTITLED: Petition to Amend 28USC&2241

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: (1) No original signature. States 2241, and docket states 2255 case. (2) [handwritten] 9th circuit have prohibited the filing of a second or successive 28 USC § 2255 motion in district court. See 05CV02074 9th Cir. Order entered 9/17/07 |

Date forwarded: 12/14/07

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

(Construed as 28 USC § 2255 because challenges conviction)

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS U.S. DISTRICT JUDGE**

Dated: 1-10-08    By: [signature] Law Clerk

cc: All Parties

REJECTED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DELEON-TORRES<br>    Petitioner,<br><br>      v.<br>J.L.NORWOOD,<br>    Respondent. | Civil No. 07cv2181-W(RBB)<br><br>PETITION TO AMEND THE<br>28 U.S.C.&2241,AND/OR<br>SUPLIMENT |

-1-