MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case: De Leon-Torres v. Norwood        Case No: 07cv2181-LAB (RBB)

HON. Larry A. Burns        CT. DEPUTY (n/a)        Rptr. (n/a)

Present

Petitioner(s):    No appearance.

Respondent(s):    No appearance.

In consideration of the construction of this case as a prohibited successive motion to modify, correct, or vacate a criminal sentence pursuant to 28 U.S.C. § 2255, despite petitioner's attempt to present it as a 28 U.S.C. § 2241, and dismissal of the case on that basis by Discrepancy Order entered January 14, 2008 (Dkt No. 5), petitioner's Motion For Leave To Proceed *In Forma Pauperis* (Dkt No. 3) is **DENIED AS MOOT**.

DATED: January 14, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge